UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NATALIE Y. FRICKE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO.  CV-11-15-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 25th day of June, 2012.

                JAMES R. LARSEN
                District Court Executive/Clerk

        by: __s/ Karen White_____
            Deputy Clerk

cc: all counsel